PEOPLE v. MORTON

Appeal from Recorder's Court of Detroit, Joseph A. Gillis, J. Submitted Division 1 April 1, 1969, at Lansing. (Docket No. 5,787.) Decided July 28, 1969.

Robert Morton was convicted of felonious assault. Defendant appeals. The people move to affirm. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Samuel J. Torina,* Chief Appellate Lawyer, and *Arthur N. Bishop,* Assistant Prosecuting Attorney, for the people.

*Edward F. Bell,* for defendant.

Before: DANHOF, P. J., and McGREGOR and QUINN, JJ.

PER CURIAM. On May 23, 1968, the defendant was tried in Recorder's Court, without a jury, on the charge of felonious assault contrary to CL 1948, § 750.82 (Stat Ann 1962 Rev § 28.277). He was convicted, and, on June 19, 1968, he was sentenced to a term of one to four years' imprisonment. On appeal it is contended that the trial court abused its discretion in the examination of witnesses to the extent that the trial lost its adversary nature, and

further, that the defendant was not afforded a presumption of innocence. The people have filed a motion to affirm the conviction.

We have examined the record and we have discovered that the facts do not support the issues raised here on appeal. It is manifest.that the questions sought to be reviewed are unsubstantial and require no argument or formal submission.

The motion to affirm the conviction is granted.